BARRY E. HINKLE, Bar No. 071223
LINDA BALDWIN JONES, Bar No. 178922
NICOLE M. PHILLIPS, Bar No. 203786
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: (510) 337-1001
Facsimile: (510) 337-1023

Attorneys for Plaintiff

BRADLEY J. BETLACH (*Admitted Pro Hac Vice*)
HALLELAND LEWIS NILAN & JOHNSON, PA
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 338-1838
Facsimile: (612) 338-7858
Email: bbetlach@halleland.com

THOMAS M. HERLIHY (SBN 83615)
CATHERINE GREGORY (SBN 242006)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370
Email: thomas.herlihy@wilsonelser.com
Email: catherine.gregory@wilsonelser.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS PUBLIC AND MISCELLANEOUS EMPLOYEES HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiff,<br><br>vs.<br><br>RELIASTAR LIFE INSURANCE COMPANY and DOES 1 through 10,<br><br>Defendants. | Case No. C 09-01661 MHP<br><br>**STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>**Date:** January 11, 2010<br>**Time:** 3:00 p.m.<br>**Courtroom:** 18th Floor |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

STIPULATION TO CONINUE FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. C 09-01661 MHP

Plaintiff and Defendant hereby stipulate as follows:

On July 29, 2009, the Court signed an order referring the parties to court-sponsored mediation, to be completed by October 27, 2009. An Initial Case Management Conference was held on August 13, 2009, wherein the Court ordered that the parties complete preliminary discovery in preparation for mediation by December 12, 2009. A Further Case Management Conference was set for January 11, 2010.

The parties were able to complete preliminary discovery by December 12, 2009. They were, however, unable to schedule the mediation prior to January 11, 2010, due to the schedules of the parties' representatives, counsel and the mediator. The mediation is now scheduled for January 19, 2010, with private mediator Susan M. Popik. Because the parties selected private mediation, the parties respectfully request by stipulation that the Court remove the case from court-sponsored mediation and refer it to private mediation.

The parties also respectfully request by stipulation that the Further Case Management Conference scheduled for January 11, 2010, be continued for at least 45 days to give the parties time to attempt to settle this matter. If the matter does not settle by then, the parties will be prepared to enter into a case management schedule and recommence discovery.

Dated: December 22, 2009

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation


        By:  s/Nicole M. Phllips
          NICOLE M. PHILLIPS
          Attorneys for Plaintiffs

Dated: December 22, 2009

        HALLELAND LEWIS NILAN & JOHNSON, PA


        By:  s/Bradley J. Betlach
          BRADLEY J. BETLACH
          Attorneys for Defendant

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

STIPULATION TO CONINUE FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. C 09-01661 MHP

**[PROPOSED] ORDER**

The parties' Stipulation to Continue Further Case Management Conference is hereby adopted by the Court. The case shall be removed from court-sponsored mediation and referred to private mediation. The Further Case Management Conference on January 11, 2010, has been continued until  March 1, 2010 at 3:00 p.m.    .

The Court also orders the following:



_____
HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

STIPULATION TO CONINUE FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. C 09-01661 MHP