BARRY E. HINKLE, Bar No. 071223
LINDA BALDWIN JONES, Bar No. 178922
NICOLE M. PHILLIPS, Bar No. 203786
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: (510) 337-1001
Facsimile: (510) 337-1023

Attorneys for Plaintiff

BRADLEY J. BETLACH (*Admitted Pro Hac Vice*)
HALLELAND LEWIS NILAN & JOHNSON, PA
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 338-1838
Facsimile: (612) 338-7858
Email: bbetlach@halleland.com

THOMAS M. HERLIHY (SBN 83615)
CATHERINE GREGORY (SBN 242006)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370
Email: thomas.herlihy@wilsonelser.com
Email: catherine.gregory@wilsonelser.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS PUBLIC AND MISCELLANEOUS EMPLOYEES HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiff,<br><br>vs.<br><br>RELIASTAR LIFE INSURANCE COMPANY and DOES 1 through 10,<br><br>Defendants. | Case No. C 09-01661 MHP<br><br>**STIPULATED NOTICE OF DISMISSAL FRCP 41(a)(1)** |

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action has been settled pursuant to a settlement agreement and release of claims signed by the parties and their counsel.

Accordingly, the parties through their designated counsel hereby give notice to the Court that THIS ACTION IS DISMISSED WITH PREJUDICE pursuant to FRCP 41(a)(1), but request that the District Court retain jurisdiction of this case for an additional thirty (30) days to interpret and enforce the settlement agreement.

Dated: February 25, 2010

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: //s//
    NICOLE M. PHILLIPS
    Attorneys for Plaintiffs

Dated: February 25, 2010

HALLELAND LEWIS NILAN & JOHNSON, PA

By: //s//
    BRADLEY J. BETLACH
    Attorneys for Defendant

118980/562639

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

**[PROPOSED] ORDER**

The parties' Stipulated Notice of Dismissal is hereby adopted by the Court. The Court will retain jurisdiction of this matter for an additional thirty (30) days to interpret and enforce the settlement agreement. The Court also orders the following:

2/26/2010



_____
HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

- 3 -

STIPULATED NOTICE OF DISMISSAL FRCP 41(a)(1)
Case No. C 09-01661 MHP